**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:22-cr-00462** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DAVID A. RUIZ** |
| **- vs -** | ) | |
| | ) | **MINUTES AND ORDER RE: PROBATION VIOLATION HEARING** |
| | ) | |
| **GEORGE HUDSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on October 30, 2026, upon request of the probation office for a finding that the defendant violated the conditions of probation. Petitions were presented for action of the Court for cause as referenced in the August 20, 2026 fourth superseding violation report.

The defendant was present and represented by Assistant Federal Public Defender Alvaro DeCola. Assistant U.S. Attorney Scott Zarzycki present on behalf of the Government. U.S. Probation Officer Nia Elliott present on behalf of Probation Officer Katelyn Keck for the U.S. Pretrial Services and Probation Office. The Court adopted the Magistrate Judge's report and recommendation in its entirety. The Court finds defendant violated six conditions of probation as indicated in the Fourth Superseding Violation report dated 8/20/2026. The Court finds that the defendant violated the terms and conditions of probation.

Upon consideration of the relevant factors in 18 U.S.C. § 3553(a), 18 U.S.C. § 3565, the advisory sentencing guidelines, pertinent federal law and the parties' positions, and for the reasons stated on the record, the Court revoked probation and sentenced the defendant to 10 months custody of the Bureau of Prisons, followed by no term of supervised release. Defendant advised of appeal rights. Defendant remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

*/s/David A. Ruiz* *11/5/2026*
David A. Ruiz
United States District Judge
Time: 41 minutes